UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYMOND INVESTMENT CORPORATION, a California Corporation; GIOTTONINI CORP, a California Corporation; and Does 1-10,<br><br>　　　　Defendants | **Case No**. 2:14-CV-02806-KJM-AC<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

　　　Plaintiff SCOTT JOHNSON's ("Plaintiff") request to extend the deadline to file the dispositional documents by 30 days is hereby granted. The new deadline to file the dispositional documents is September 23, 2016.

　　　IT IS SO ORDERED.

Dated: August 30, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Proposed Order　　　　　　　　　　　　　　　　　　　　　　　　　2:14-CV-02806-KJM-AC